# Exhibit A



**null / ALL**
**Transmittal Number: 24070210**
**Date Processed: 11/16/2021**

# Notice of Service of Process

| | |
|---|---|
| Primary Contact: | Walgreens Distribution<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |

| | |
|---|---|
| **Entity:** | Walgreen Co.<br>Entity ID Number  0501431 |
| **Entity Served:** | Walgreens Co |
| **Title of Action:** | Matthew King vs. Walgreens Co. |
| **Matter Name/ID:** | Matthew King vs. Walgreens Co. (11740000) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court/Agency:** | New Castle County Superior Court, DE |
| **Case/Reference No:** | K21C-10-027 RLG |
| **Jurisdiction Served:** | Delaware |
| **Date Served on CSC:** | 11/15/2021 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Jacobs & Crumplar, P.A.<br>302-934-1234 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

EFiled: Oct 29 2021 03:02PM EDT
Transaction ID 67055924
Case No. K21C-10-027 RLG

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

MATTHEW KING,                                    :
                                                 :
    Plaintiff,                                   :
                                                 :   C.A. No. K21C-10- 027-RLG
v.                                               :
                                                 :   JURY TRIAL DEMANDED
WALGREENS CO., and WALGREENS                     :
EASTERN CO.,                                     :
                                                 :
    Defendants.                                  :
                                                 :

THE STATE OF DELAWARE,                                          **SUMMONS**
TO THE SHERIFF OF NEW CASTLE COUNTY:
YOU ARE COMMANDED:

    To summon the above named defendant so that, within 20 days of service hereof upon

defendant, exclusive of the day of service, defendants shall serve upon plaintiff's attorney, whose

address is 750 Shipyard Drive, Suite 200, Wilmington, DE 19801, an answer to the complaint

(and, if an affidavit of demand has been filed, an affidavit of defense).

    To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand

if any has been filed by plaintiff).

Dated: 11/5/21

Prothonotary Annette Ashley

Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

    In case of your failure, within 20 days after service of hereof upon you, exclusive of the day

of service, to serve on plaintiff's attorney named above, an answer to the complaint (and, if an

affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered

against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

Dated: 11/5/21

Prothonotary Annette Ashley

Per Deputy

**SUPERIOR COURT** EFiled: Oct 29 2021 03:02PM EDT
**CIVIL CASE INFORMATION STATEMENT** Transaction ID 67055924

COUNTY:   N   **K**   S                    CIVIL ACTION NUMBER: Case No. K21C-10-027 RLG

| | |
|---|---|
| Caption:<br><br>MATTHEW KING,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS CO., and WALGREENS EASTERN CO.,<br><br>Defendants. | Civil Case Code:    CMIS<br><br>Civil Case Type:    Civil Miscellaneous<br>(SEE REVERSE SIDE FOR CODE AND TYPE)<br><br>MANDATORY NON-BINDING ARBITRATION (MNA) _NO____<br><br>Name and Status of Party filing document:<br><br>MATTHEW KING, PLAINTIFF<br><br>Document Type:(E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM)<br><br>COMPLAINT<br>       JURY DEMAND:  YES __XX__   NO _____ |
| ATTORNEY NAME(S):<br><br>PATRICK C. GALLAGHER<br>ALEXIS N. STOMBAUGH<br><br>ATTORNEY ID(S):<br><br>#5170<br>#6702<br><br>FIRM NAME:<br><br>JACOBS & CRUMPLAR, P.A.<br><br>ADDRESS:<br><br>750 Shipyard Drive, Suite 200<br>Wilmington, DE  19801<br><br>TELEPHONE NUMBER:<br><br>(302) 656-5445<br><br>FAX NUMBER:<br><br>(302) 656-5875<br><br>E-MAIL ADDRESS:<br>pat@jcdelaw.com<br>alexis@jcdelaw.com | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT OR ANY RELATED CASES THAT HAVE BEEN CLOSED IN THIS COURT WITHIN THE LAST TWO YEARS BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS:<br><br>_____N/A_____<br><br>_____<br><br>EXPLAIN THE RELATIONSHIP(S):<br><br>_____<br>_____<br>_____<br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br><br>_____<br>_____<br>_____<br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

EFiled: Oct 29 2021 03:02PM
Transaction ID 67055924
Case No. K21C-10-027 RLG

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

MATTHEW KING,                          :
                                       :
    Plaintiff,                         :     C.A. No. K21C-10-_____
                                       :
v.                                     :     JURY TRIAL DEMANDED
                                       :
WALGREENS CO., and WALGREENS           :
EASTERN CO.,                           :
                                       :
    Defendants.                        :

### COMPLAINT

#### The Parties

1.   Plaintiff Matthew King ("Mr. King") is a resident of Sussex County, Delaware.

2.   Defendant Walgreens Co. is a foreign corporation whose registered agent is the Corporation Service Company located at 251 Little Falls Drive, Wilmington, Delaware 19808. Plaintiff demands that the Defendant deny the allegations contained in this paragraph by Affidavit in accordance with the provisions of 10 *Del. C.* §3914 and §3915.

3.   Defendant Walgreens Eastern Co. is a foreign corporation whose registered agent is the Corporation Service Company located at 251 Little Falls Drive, Wilmington, Delaware 19808. Plaintiff demands that the Defendant deny the allegations contained in this paragraph by Affidavit in accordance with the provisions of 10 *Del. C.* §3914 and §3915.

4.   Walgreens Co. and Walgreens Eastern Co. (collectively "Walgreens") operate Walgreens – Store #11073 located at 120 Broadkill Road, Milton, Delaware 19968. Walgreens operates stores through Delaware and has more than 15 employees.

#### Mr. King's Status as a Medical Marijuana Cardholder

5.   Mr. King suffers from several medical problems. He suffers from post-traumatic stress disorder, stomach issues, adverse reactions to medications, and general pain. Mr. King

1

applied for and received a medical marijuana card through the State of Delaware in or around November of 2019.

6.      At all times relevant, Mr. King had a lawfully issued medical marijuana card that does not expire until November 15, 2021.

### King is Interviewed by Walgreens

7.      On or about November 1, 2019, Mr. King applied to Walgreens for a basic counter job.  Shortly thereafter, Mr. King was interviewed for the position.  At the time of Mr. King's interview with Walgreens, he was approved for a medical marijuana card but had not yet received his physical card.

8.      On or about November 18, 2019, Mr. King received an offer letter for the position. The position was part time and offered $10.00 an hour.

9.      Sometime after Mr. King received the offer letter, he was told he had to submit to a drug screening for the position.  Mr. King received the drug screen within 72 hours of the offer letter.  At some point after the drug screen, the testing administrator contacted Mr. King and requested he send over his medical marijuana card.  The testing administrator told Mr. King his results would not include marijuana as long as he had paperwork for it.  Mr. King faxed over the paperwork to the testing administrator.

10.     Roughly two weeks after the testing administrator had requested the above paperwork, Mr. King contacted Walgreens about the position.  Mr. King was told Walgreens was still waiting to hear from the testing administrator.

11.     Shortly thereafter, Mr. King received an email from Walgreens stating they could no longer move forward with hiring him.

12.     As a result of Walgreens rescinding its job offer, King lost income, suffered financial problems, suffered emotional distress, and experienced disruption to life.

**COUNT I – WALGREENS VIOLATION OF 16 DELAWARE CODE SECTION 4905A**

13.     Plaintiff reincorporates all other allegations in the Complaint as if they are stated in this Count.

14.     The State of Delaware enacted the Delaware Medical Marijuana Act ("MMA") when it was passed by the General Assembly and signed into law by the Governor in 2011.  The MMA is codified in Chapter 49A of Title 16 of the Delaware Code.  The MMA was in effect at all relevant times for purposes of this litigation.

15.     Mr. King is a "cardholder" as that term is used in the MMA.

16.     Section 4905A of Title 16 of the Delaware Code prohibits, among other things, an employer from discriminating against someone by failing to hire him or terminating someone based upon his status as a "cardholder" or because a cardholder fails a drug test for marijuana components or metabolites.

17.     Walgreens refused to hire Mr. King because of his failed drug screen.

18.     As a result of the discrimination based upon Mr. King's status as a cardholder and/or for testing positive for marijuana, he sustained the damages identified in paragraph 11.

19.     The Delaware Department of Labor's Office of Anti-Discrimination, in another case, has taken the position that it does not have administrative jurisdiction over claims asserted under 16 Delaware Code Section 4905A.  Thus, any effort to exhaust administrative remedies would be futile.

3

WHEREFORE, Plaintiff Matthew King respectfully requests this Court:

A.     Enter judgment in his favor jointly and severally against Defendants Walgreens Co. and Walgreens Eastern Co.;

B.     Award him special damages, including back pay and front pay, as he can prove as well as compensatory damages;

C.     Award him costs and attorney's fees;

D.     Award him pre- and post-judgment interest; and

E.     Grant such other relief as the Court deems proper.

**JACOBS & CRUMPLAR, P.A.**

_/s/ Patrick C. Gallagher_
Patrick C. Gallagher, Esquire (#5170)
Alexis N. Stombaugh, Esquire (#6702)
750 Shipyard Drive, Suite 200
Wilmington, DE  19801
(t) 302.656.5445
(f) 302.656.5875
*Attorneys for Plaintiff*

Date:   October 29, 2021

4

EFiled:  Oct 29 2021 03:02PM EDT
Transaction ID 67055924
Case No. K21C-10-027 RLG

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

MATTHEW KING,                              :
                                           :
    Plaintiff,                       :
                                           :   C.A. No. K21C-10-_027 RLG_
                                           :
v.                                         :
                                           :   JURY TRIAL DEMANDED
WALGREENS CO., and WALGREENS               :
EASTERN CO.,                               :
                                           :
    Defendants.                      :

THE STATE OF DELAWARE,                                            **SUMMONS**
TO THE SHERIFF OF NEW CASTLE COUNTY:
YOU ARE COMMANDED:

    To summon the above named defendant so that, within 20 days of service hereof upon defendant, exclusive of the day of service, defendants shall serve upon plaintiff's attorney, whose address is 750 Shipyard Drive, Suite 200, Wilmington, DE  19801, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

    To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

Dated: _____

                                       Prothonotary Annette Ashley

                                       Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

    In case of your failure, within 20 days after service of hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

Dated: _____

                                       Prothonotary Annette Ashley

                                       Per Deputy

EFiled:  Oct 29 2021 03:02PM EDT
Transaction ID 67055924
Case No. K21C-10-027 RLG

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

MATTHEW KING,                         :
                                      :
    Plaintiff,                    :
                                      :     C.A. No. K21C-10-_____
v.                                    :
                                      :     JURY TRIAL DEMANDED
WALGREENS CO., and WALGREENS          :
EASTERN CO.,                          :
                                      :
    Defendants.                   :

### PRAECIPE

TO:    Annette Ashley, Office of the Prothonotary
       Kent County Courthouse
       414 Federal Street
       Dover, DE 19901

       Please have the Sheriff of New Castle County serve a copy of the Summons, Civil Case

Information Statement, and Complaint, upon the following Defendants' Registered Agents at the

following addresses:

Walgreens Co.                          Walgreens Eastern Co.
Corporation Service Company            Corporation Service Company
251 Little Falls Drive                 251 Little Falls Drive
Wilmington, DE 19808                   Wilmington, DE 19808


                                            **JACOBS & CRUMPLAR, P.A.**

                                            /s/ Patrick C. Gallagher
                                            Patrick C. Gallagher, Esq. (DE 5170)
                                            Alexis N. Stombaugh, Esq. (DE 6702)
                                            750 Shipyard Drive, Suite 200
                                            Wilmington, DE  19801
                                            (t) (302) 934-1234
                                            (f) (302) 934-5143
DATE:  October 29, 2021                  *Attorneys for Plaintiff*

**EFiled:  Nov 16 2021 08:49AM EST**
**Transaction ID 67097549**
**Case No. K21C-10-027 RLG**



**Sheriff's Office**

800 N. French Street, 5th Floor
Wilmington, Delaware 19801
302-395-8450, Fax: 302-395-8460

State of Delawa
New Castle County
**Scott T. Phillips**
Sheriff

11/16/2021

**Court Case # K21C-10-027 RLG**
Sheriff # 21-007046

Summons and Complaint

**MATTHEW KING**
**vs**
**WALGREENS CO AND WALGREENS EASTERN CO**

Entity - WALGREENS CO

On 11/15/2021 at 11:05 AM a copy of the within writ together with a copy of the Summons and Complaint were served upon Litigation Management Representative, a representative for the registered agent CORPORATION SERVICE COMPANY 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808 .

Fees Paid:  $30.00

Per:  Deputy Sheriff, Jeffrey Maddocks

SO ANS;

*Scott T Phillips*

SHERIFF

PER   Michelle Dunham



**null / ALL**
**Transmittal Number: 24070217**
**Date Processed: 11/16/2021**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Walgreens Distribution<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |

| | |
|---|---|
| **Entity:** | Walgreen Eastern Co., Inc.<br>Entity ID Number  0501467 |
| **Entity Served:** | Walgreens Eastern Co. |
| **Title of Action:** | Matthew King vs. Walgreens Co. |
| **Matter Name/ID:** | Matthew King vs. Walgreens Co. (11740000) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court/Agency:** | New Castle County Superior Court, DE |
| **Case/Reference No:** | K21C-10-027 RLG |
| **Jurisdiction Served:** | Delaware |
| **Date Served on CSC:** | 11/15/2021 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Jacobs & Crumplar, P.A.<br>302-656-5445 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

EFiled:  Oct 29 2021 03:02PM EDT
Transaction ID 67055924
Case No. K21C-10-027 RLG

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

MATTHEW KING,                          :
                                       :
    Plaintiff,                         :
                                       :       C.A. No. K21C-10-_____
v.                                     :
                                       :       JURY TRIAL DEMANDED
WALGREENS CO., and <u>WALGREENS</u>      :
<u>EASTERN CO.,</u>                      :
                                       :
    <u>Defendants.</u>                    :

**THE STATE OF DELAWARE,**                                    **SUMMONS**
**TO THE SHERIFF OF NEW CASTLE COUNTY:**
**YOU ARE COMMANDED:**

    To summon the above named defendant so that, within 20 days of service hereof upon defendant, exclusive of the day of service, defendants shall serve upon plaintiff's attorney, whose address is 750 Shipyard Drive, Suite 200, Wilmington, DE  19801, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

    To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

Dated: 11/5/21

Prothonotary Annette Ashley

Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

    In case of your failure, within 20 days after service of hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

Dated: 11/5/21

Prothonotary Annette Ashley

Per Deputy

**SUPERIOR COURT   EFiled: Oct 29 2021 03:02PM EDT**
**CIVIL CASE INFORMATION STATEMENT** Transaction ID 67055924
**(CIS)**
COUNTY:   N   **K**   S                        CIVIL ACTION NUMBER: Case No. K21C-10-027 RLG

| Caption: | Civil Case Code:  _____CMIS_____ |
|---|---|
| MATTHEW KING, | Civil Case Type:  ___Civil Miscellaneous___ |
| Plaintiff, | (SEE REVERSE SIDE FOR CODE AND TYPE) |
| v. | MANDATORY NON-BINDING ARBITRATION (MNA) _NO____ |
| WALGREENS CO., and WALGREENS EASTERN CO., | Name and Status of Party filing document: |
| Defendants. | MATTHEW KING, PLAINTIFF |
| | Document Type:(E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM) |
| | COMPLAINT |
| | JURY DEMAND:  YES __XX__   No _____ |

| ATTORNEY NAME(S): | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT OR ANY RELATED CASES THAT HAVE BEEN CLOSED IN THIS COURT WITHIN THE LAST TWO YEARS BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS: |
|---|---|
| PATRICK C. GALLAGHER<br>ALEXIS N. STOMBAUGH | |
| ATTORNEY ID(S): | _____N/A_____ |
| #5170<br>#6702 | _____ |
| FIRM NAME: | EXPLAIN THE RELATIONSHIP(S): |
| JACOBS & CRUMPLAR, P.A. | _____ |
| ADDRESS: | _____ |
| 750 Shipyard Drive, Suite 200<br>Wilmington, DE  19801 | _____ |
| TELEPHONE NUMBER: | OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT: |
| (302) 656-5445 | _____ |
| FAX NUMBER: | _____ |
| (302) 656-5875 | (IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |
| E-MAIL ADDRESS:<br>pat@jcdelaw.com<br>alexis@jcdelaw.com | |

**THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED.  THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.**

EFiled:  Oct 29 2021 03:02PM EDT
Transaction ID 67055924
Case No. K21C-10-027 RLG

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

MATTHEW KING,                          :
                                       :
    Plaintiff,                         :    C.A. No. K21C-10-_____
                                       :
v.                                     :    JURY TRIAL DEMANDED
                                       :
WALGREENS CO., and WALGREENS           :
EASTERN CO.,                           :
                                       :
    Defendants.                        :

### COMPLAINT

#### The Parties

1.      Plaintiff Matthew King ("Mr. King") is a resident of Sussex County, Delaware.

2.      Defendant Walgreens Co. is a foreign corporation whose registered agent is the Corporation Service Company located at 251 Little Falls Drive, Wilmington, Delaware 19808. Plaintiff demands that the Defendant deny the allegations contained in this paragraph by Affidavit in accordance with the provisions of 10 *Del. C.* §3914 and §3915.

3.      Defendant Walgreens Eastern Co. is a foreign corporation whose registered agent is the Corporation Service Company located at 251 Little Falls Drive, Wilmington, Delaware 19808. Plaintiff demands that the Defendant deny the allegations contained in this paragraph by Affidavit in accordance with the provisions of 10 *Del. C.* §3914 and §3915.

4.      Walgreens Co. and Walgreens Eastern Co. (collectively "Walgreens") operate Walgreens – Store #11073 located at 120 Broadkill Road, Milton, Delaware 19968.  Walgreens operates stores through Delaware and has more than 15 employees.

#### Mr. King's Status as a Medical Marijuana Cardholder

5.      Mr. King suffers from several medical problems.  He suffers from post-traumatic stress disorder, stomach issues, adverse reactions to medications, and general pain.  Mr. King

1

applied for and received a medical marijuana card through the State of Delaware in or around November of 2019.

6.      At all times relevant, Mr. King had a lawfully issued medical marijuana card that does not expire until November 15, 2021.

### King is Interviewed by Walgreens

7.      On or about November 1, 2019, Mr. King applied to Walgreens for a basic counter job. Shortly thereafter, Mr. King was interviewed for the position. At the time of Mr. King's interview with Walgreens, he was approved for a medical marijuana card but had not yet received his physical card.

8.      On or about November 18, 2019, Mr. King received an offer letter for the position. The position was part time and offered $10.00 an hour.

9.      Sometime after Mr. King received the offer letter, he was told he had to submit to a drug screening for the position. Mr. King received the drug screen within 72 hours of the offer letter. At some point after the drug screen, the testing administrator contacted Mr. King and requested he send over his medical marijuana card. The testing administrator told Mr. King his results would not include marijuana as long as he had paperwork for it. Mr. King faxed over the paperwork to the testing administrator.

10.      Roughly two weeks after the testing administrator had requested the above paperwork, Mr. King contacted Walgreens about the position. Mr. King was told Walgreens was still waiting to hear from the testing administrator.

11.      Shortly thereafter, Mr. King received an email from Walgreens stating they could no longer move forward with hiring him.

2

12.     As a result of Walgreens rescinding its job offer, King lost income, suffered financial problems, suffered emotional distress, and experienced disruption to life.

**COUNT I – WALGREENS VIOLATION OF 16 DELAWARE CODE SECTION 4905A**

13.     Plaintiff reincorporates all other allegations in the Complaint as if they are stated in this Count.

14.     The State of Delaware enacted the Delaware Medical Marijuana Act ("MMA") when it was passed by the General Assembly and signed into law by the Governor in 2011.  The MMA is codified in Chapter 49A of Title 16 of the Delaware Code.  The MMA was in effect at all relevant times for purposes of this litigation.

15.     Mr. King is a "cardholder" as that term is used in the MMA.

16.     Section 4905A of Title 16 of the Delaware Code prohibits, among other things, an employer from discriminating against someone by failing to hire him or terminating someone based upon his status as a "cardholder" or because a cardholder fails a drug test for marijuana components or metabolites.

17.     Walgreens refused to hire Mr. King because of his failed drug screen.

18.     As a result of the discrimination based upon Mr. King's status as a cardholder and/or for testing positive for marijuana, he sustained the damages identified in paragraph 11.

19.     The Delaware Department of Labor's Office of Anti-Discrimination, in another case, has taken the position that it does not have administrative jurisdiction over claims asserted under 16 Delaware Code Section 4905A.  Thus, any effort to exhaust administrative remedies would be futile.

3

WHEREFORE, Plaintiff Matthew King respectfully requests this Court:

A.     Enter judgment in his favor jointly and severally against Defendants Walgreens Co. and Walgreens Eastern Co.;

B.     Award him special damages, including back pay and front pay, as he can prove as well as compensatory damages;

C.     Award him costs and attorney's fees;

D.     Award him pre- and post-judgment interest; and

E.     Grant such other relief as the Court deems proper.

**JACOBS & CRUMPLAR, P.A.**

*/s/ Patrick C. Gallagher*
Patrick C. Gallagher, Esquire (#5170)
Alexis N. Stombaugh, Esquire (#6702)
750 Shipyard Drive, Suite 200
Wilmington, DE  19801
(t) 302.656.5445
(f) 302.656.5875
*Attorneys for Plaintiff*

Date:   October 29, 2021

4

EFiled:  Oct 29 2021 03:02PM
Transaction ID 67055924
Case No. K21C-10-027 RLG

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MATTHEW KING, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. K21C-10-_____ |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| WALGREENS CO., and WALGREENS | : | |
| EASTERN CO., | : | |
| | : | |
| Defendants. | : | |

**THE STATE OF DELAWARE,**                                                    **SUMMONS**
**TO THE SHERIFF OF NEW CASTLE COUNTY:**
**YOU ARE COMMANDED:**

To summon the above named defendant so that, within 20 days of service hereof upon defendant, exclusive of the day of service, defendants shall serve upon plaintiff's attorney, whose address is 750 Shipyard Drive, Suite 200, Wilmington, DE 19801, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

Dated: _____                                    _____
                                                        Prothonotary Annette Ashley

                                                        _____
                                                        Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

In case of your failure, within 20 days after service of hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

Dated: _____                                    _____
                                                        Prothonotary Annette Ashley

                                                        _____
                                                        Per Deputy

EFiled:  Oct 29 2021 03:02PM EDT
Transaction ID 67055924
Case No. K21C-10-027 RLG

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

MATTHEW KING,                        :
                                     :
        Plaintiff,                   :
                                     :    C.A. No. K21C-10-_____
                                     :
v.                                   :
                                     :    JURY TRIAL DEMANDED
WALGREENS CO., and WALGREENS         :
EASTERN CO.,                         :
                                     :
        Defendants.                  :

### PRAECIPE

TO:    Annette Ashley, Office of the Prothonotary
       Kent County Courthouse
       414 Federal Street
       Dover, DE 19901

       Please have the Sheriff of New Castle County serve a copy of the Summons, Civil Case

Information Statement, and Complaint, upon the following Defendants' Registered Agents at the

following addresses:

Walgreens Co.                        Walgreens Eastern Co.
Corporation Service Company          Corporation Service Company
251 Little Falls Drive               251 Little Falls Drive
Wilmington, DE 19808                 Wilmington, DE 19808


                                     **JACOBS & CRUMPLAR, P.A.**


                                      /s/ Patrick C. Gallagher
                                     Patrick C. Gallagher, Esq. (DE 5170)
                                     Alexis N. Stombaugh, Esq. (DE 6702)
                                     750 Shipyard Drive, Suite 200
                                     Wilmington, DE  19801
                                     (t) (302) 934-1234
                                     (f) (302) 934-5143
DATE:  October 29, 2021              *Attorneys for Plaintiff*

**EFiled:  Nov 16 2021 08:49AM EST**
**Transaction ID 67097550**
**Case No. K21C-10-027 RLG**



**Sheriff's Office**

800 N. French Street, 5th Floor
Wilmington, Delaware 19801
302-395-8450, Fax: 302-395-8460

State of Delawa
New Castle County
**Scott T. Phillips**
Sheriff

11/16/2021

**Court Case # K21C-10-027 RLG**
Sheriff # 21-007046

Summons and Complaint

**MATTHEW KING**

**vs**

**WALGREENS CO AND WALGREENS EASTERN CO**

Entity - WALGREENS EASTERN CO

On 11/15/2021 at 11:05 AM a copy of the within writ together with a copy of the Summons and Complaint were served upon Litigation Management Representative, a representative for the registered agent CORPORATION SERVICE COMPANY 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808 .

Fees Paid:  $5.00

Per:  Deputy Sheriff, Jeffrey Maddocks

SO ANS;

SHERIFF

PER   Michelle Dunham