# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MATTHEW KING** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C.A. No. 1:21-cv-01717-RGA** |
| | ) | |
| **WALGREENS CO., AND WALGREENS** | ) | |
| **EASTERN CO.** | ) | |
| **Defendants.** | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Matthew King and Defendants Walgreen Co. and Walgreen Eastern Co., Inc. (collectively, "Defendants") respectfully submit this Notice of Settlement to inform the Court as follows:

1.       Plaintiff and Defendants have reached an agreement in principle and are in the process of finalizing a written settlement agreement.

2.       Plaintiff will file a Stipulation of Dismissal once the terms of the settlement agreement have been completed.

3.       Accordingly, the parties request excusal from any upcoming filing or appearance requirements.

[signatures on following page]

Dated:  March 14, 2022

Respectfully submitted,

JACOBS & CRUMPLAR, P.A.

PINCKNEY, WEIDINGER, URBAN
& JOYCE, LLC

*/s/ Patrick C. Gallagher*
Patrick C. Gallagher, Esq. (DE No. 5170)
Alexis N. Stombaugh, Esq. (DE No. 6702)
750 Shipyard Drive, Suite 200
Wilmington, DE 19801
(302) 656-5445 (Tel.)
(302) 656-5875 (Fax)
pat@jcdelaw.com
alexis@jcdelaw.com

*/s/ Elizabeth Wilburn Joyce*
Elizabeth Wilburn Joyce (DE No. 3666)
Patricia R. Urban (DE No. 4011)
Megan Ix Brison (DE No. 6721)
2 Mill Road, Suite 204
Wilmington, DE  19806
(302) 504-1497  (Tel.)
(302) 442-7046 (Fax)
ewilburnjoyce@pwujlaw.com
purban@pwujlaw.com
mixbrison@pwujlaw.com

*Attorneys For Plaintiff*

*Attorneys For Defendants*

**SO ORDERED** this ___ day of _____, 2022.

_____
The Honorable Richard G. Andrews
Judge, United States District Court