# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MATTHEW KING** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )     C.A. No. 1:21-cv-01717-RGA<br>) |
| **WALGREENS CO., AND WALGREENS EASTERN CO.** | )<br>) |
| **Defendants.** | ) |

## NOTICE OF SETTLEMENT

Plaintiff Matthew King and Defendants Walgreen Co. and Walgreen Eastern Co., Inc. (collectively, "Defendants") respectfully submit this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendants have reached an agreement in principle and are in the process of finalizing a written settlement agreement.

2. Plaintiff will file a Stipulation of Dismissal once the terms of the settlement agreement have been completed.

3. Accordingly, the parties request excusal from any upcoming filing or appearance requirements.

[signatures on following page]

Dated: March 14, 2022

| | Respectfully submitted, |
|---|---|
| JACOBS & CRUMPLAR, P.A. | PINCKNEY, WEIDINGER, URBAN & JOYCE, LLC |
| */s/ Patrick C. Gallagher* | */s/ Elizabeth Wilburn Joyce* |
| Patrick C. Gallagher, Esq. (DE No. 5170) | Elizabeth Wilburn Joyce (DE No. 3666) |
| Alexis N. Stombaugh, Esq. (DE No. 6702) | Patricia R. Urban (DE No. 4011) |
| 750 Shipyard Drive, Suite 200 | Megan Ix Brison (DE No. 6721) |
| Wilmington, DE 19801 | 2 Mill Road, Suite 204 |
| (302) 656-5445 (Tel.) | Wilmington, DE 19806 |
| (302) 656-5875 (Fax) | (302) 504-1497 (Tel.) |
| pat@jcdelaw.com | (302) 442-7046 (Fax) |
| alexis@jcdelaw.com | ewilburnjoyce@pwujlaw.com |
| | purban@pwujlaw.com |
| | mixbrison@pwujlaw.com |
| *Attorneys For Plaintiff* | *Attorneys For Defendants* |

**SO ORDERED** this  15  day of    March         , 2022.


　　　　　　　　　　　　　　　　　　/s/ Richard G. Andrews
　　　　　　　　　　　　　　　　　The Honorable Richard G. Andrews
　　　　　　　　　　　　　　　　　Judge, United States District Court